UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| QBE Specialty Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>GEMINI INSURANCE COMPANY,<br><br>Defendant. | NO. 20-cv-01772-WBS-KJN |

----oo0oo----

AMENDED STATUS (PRETRIAL SCHEDULING) ORDER

Pursuant to the parties' joint status report, in which both parties agreed to a bench trial, the previous Scheduling Order of December 28, 2020 (Docket No. 8.) is amended to provide that a bench trial will be held on August 2, 2022 at 9:00 AM in Courtroom 5 before Senior Judge William B. Shubb. All other dates and provisions in the court's December 28, 2020 Scheduling Order remain in full force and effect.

///

1

IT IS SO ORDERED.

Dated: March 5, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE